

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00296-CV

| | | |
|---|---|---|
| DEBRA DALTON, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF MARGARET COBB, Appellant | § | On Appeal from the 442nd District Court |
| | § | of Denton County (20-7018-442) |
| v. | § | September 22, 2022 |
| ROBJA, LC D/B/A SERVPRO OF FLOWER MOUND, Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr